UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MILLIONAIRE MEDIA LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JADEN WELSH a/k/a digideal19, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:17-cv-00215 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Millionaire Media LLC, through its undersigned attorney, hereby withdraws its Complaint and voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No responsive pleading or motion has been served.

Dated: February 27, 2017

Respectfully submitted,

*s/Kathryn A. Feiereisel*
Kathryn A. Feiereisel # 6310852
FAEGRE BAKER DANIELS LLP
311 South Wacker Drive, Suite 4300
Chicago, IL 60606
Tel: (312) 212-6500
Fax: (312) 212-6501
Email: katie.feiereisel@faegrebd.com

*Attorney for Millionaire Media LLC*